```
SHEILA ALEXANDER EL
20221 Dalfsen Avenue
Carson, California [90746]
Telephone: (818) 448-9549
lawfulcontent@gmail.com

Plaintiff in Properia Persona
Sui Juris
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

LACV15-1865 PSG (MANx)

| | |
|---|---|
| SHEILA ALEXANDER EL<br><br>Plaintiff,<br><br>VS.<br><br>OCWEN Loan Servicing, LLC;<br>U.S. BANK NATIONAL ASSOCIATION,<br>as TRUSTEE FOR STRUCTURED<br>ASSET SECURITIES CORPORATION<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2006-W-1;<br><br>And DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR:<br><br>1. VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. 1692 *ET SEQ.*,<br><br>2. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS<br><br>DEMAND FOR JURY TRIAL |

PLAINTIFF SHEILA ALEXANDER EL alleges as follows:

## INTRODUCTION

1. PLAINTIFF SHEILA ALEXANDER EL ("Alexander") brings this Complaint to cure violations of the Fair Debt Collection Practices Act (the "FDCPA"), and seeks redress for Defendant's conduct in the attempt to collect an alleged debt.

2. DEFENDANTS appear to be Debt Collectors, masquerading as CREDITORS.

COMPLAINT FOR DAMAGES 1

3. The alleged debt is disputed, and validation is requested.

4. From June 2014, continuing to present, OCWEN Loan Servicing and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W-1 continue to effect the dispossession of real property. Alexander does not pay the alleged balance on the alleged loan. Debt Validation letter dated June 26, 2014, ("Exhibit A") indicates the Defendant OCWEN Loan Servicing, LLC has also made representations to Internal Revenue Service they are a Creditor (Exhibit B"). This alleged debt is disputed and validation is requested (Exhibit "C").

5. As a direct result of actions by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W-1 and its agents OCWEN Loan Serving, LLC (collectively, "Defendants") Alexander suffered severe emotional distress.

6. To prevent the deceptive and misleading tactics used by the Defendants and to compensate for her injuries, Alexander brings this action to recover statutory, actual, and exemplary damages, in addition to any reasonable attorney's fees or costs incurred to bring this action. Unless the requested relief is granted, Defendants will continue to impose significant harm on Alexander, who seeks to eradicate the mental uncertainty and emotional instability; caused by the Defendants' actions.

## THE PARTIES

7. Alexander is a natural person residing in the County of Los Angeles. Alexander is a "consumer" within the meaning of the FDCPA as defined in 803. 15 U.S.C. § 1692a(3). Alexander is a Natural, Flesh and Blood, living Woman of majority age of maturity.

8. Alexander is informed and believes and thereon alleges that OCWEN LOAN SERVICING, LLC is a Deleware Limited Liability Company acting for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W-1. OCWEN LOAN SERVICING, LLC describes itself as "debt collector" and uses instrumentalities of interstate commerce, including the U.S. Mail, to conduct its principal purpose of business to collect debts. OCWEN LOAN SERVICING, LLC is a "debt collector" within the meaning of the FDCPA section 803, 15 U.S.C. § 1692a(6).

9. Alexander is informed and believes and thereon alleges that U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W-1 is an unknown CORPORATION with at least one principal office in the state of Minnesota.

## JURISDICTION AND VENUE

10. Alexander brings this complaint under the FDCPA, 15 U.S.C. § 1692 *et seq*

11. This Court has subject matter jurisdiction, as this complaint raises a claim for relief founded on Fair Debt Collection Practices Act, 15 U.S.C. section 1692 *et seq*.

12. Venue is proper in this Court :

(1) Plaintiff's claims arose and occurred within this judicial district,

(2) Plaintiff resides in this judicial district, and

(3) Defendants' wrongful acts took place through communication the U.S. Mail directed against Plaintiff in this judicial district.

## STATEMENT OF FACTS

13. Based upon knowledge and belief, Defendants are debt collectors pursuant to federal law. The alleged debt is disputed.

14. Based upon knowledge and belief, Defendants obtained access to Plaintiff's credit report without consent of the Plaintiff.

15. Based upon knowledge and belief, Defendants continue to report negative information to National Credit Bureaus.

16. Defendants' furnished legal documents purporting to be a CREDITOR. But have never offered or extended CREDIT to Alexander.

17. Alexander suffered severely based on the actions of the Defendants. Intimidated and harassed, Alexander fell ill with high blood pressure, lack of sleep, and has contributed to the negative strain in personal relationships.

## FIRST CLAIM FOR RELIEF
### (Against ALL Defendants Pursuant to FDCPA §§ 806)

18. Alexander re-alleges and incorporates by reference the allegations set forth in Paragraphs 1-18, though fully set forth herein.

21. Defendants' actions described above have continued over the course of the past year and constitute multiple violations of the FDCPA section 806, which prohibits debt collector from engaging in conduct that will "harass, oppress, or abuse" any person while attempting to collect a debt, including calling someone with the intent to annoy, abuse, or harass in connection with the collection a debt. 15 U.S.C. § 1692d.

## SECOND CLAIM FOR RELIEF
(Against ALL Defendants for Intentional Infliction of Emotional Distress)

24. Defendants' actions have continued over the course of the last year, including intimation through the U.S. mail and by phone. The threats of which the natural consequence continues to oppress Alexander

25. Defendants' actions caused severe emotional distress but Defendants continued with abusive pressure on Alexander with reckless disregard for her emotional state. nausea, swelling of hands, and high blood pressure are just a few of the symptoms experienced by the Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. For an order awarding general damages in any amount exceeding $75,000.00

2. An order awarding court costs and fees to be proven at trial;

3. An order awarding exemplary damages sufficient to deter Defendants from engaging in similar behavior in the future;

4. An order requiring both Defendants reply to the debt validation request, prior to trial.

5. Any such other and further relief as the Court deems proper.

COMPLAINT FOR DAMAGES 5

## JURY DEMAND

Alexander hereby demands a jury trial on all matters properly tried by jury.

Dated: March 13, 2015

          Making a Special Appearance In Propria Persona, Sui Juris, The Autochthonous Moor-American, With ALL Rights Reserved

          SHEILA ALEXANDER EL

          *Sheila Alexander El*
          Plaintiff in Propria Persona, Sui Juris

**EXHIBIT A**

Western Progressive, LLC
2002 Summit Blvd, Suite 600
Atlanta, GA 30319
(866) 960-8299

Date: June 23, 2014

T.S. Number: 2014-03778-CA
Loan Number: 7100563837

## DEBT VALIDATION NOTICE

1. The enclosed document relates to a debt owed to:
   **Ocwen Loan Servicing, LLC**

2. You may send us a written request for the name and address of the original creditor, if different from the current creditor, and we will obtain and mail the information within thirty (30) days after we receive your written request.

3. As of **06/13/2014** the total delinquency owed was $13,043.23, because of interest, late charges, and other charges that may vary from day to day this amount will increase until the delinquency has been fully paid. Before forwarding payment please contact the above at the address or phone number listed in order to receive the current amount owed.

4. As of **06/23/2014**, the amount required to pay the entire debt in full was the unpaid principal balance of $480,000.00, plus interest from **10/01/2013**, late charges, negative escrow and attorney and/or trustee's fees and costs that may have been incurred. The amount will increase daily until the debt has been paid in full. For further information please write to the above listed address or call **(866) 960-8299**

5. You may dispute the validity of this debt, or any portion thereof, by contacting our office within thirty (30) days after receiving this notice. In that event, we will obtain and mail to you written verification of the debt. Otherwise, we will assume that the debt is valid.

### WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1/877/FTC-HELP or www.ftc.gov."



PO Box 9045
Temecula, CA 92589-9045

Send Correspondence to:
Western Progressive
Northpark Town Center
1000 Abernatty Rd NE; Bldg 400
Suite 200
Atlanta, GA 30328

2290464354

20141031-68

The Kadence Trust, Anton Bolden Trustee
24715 RIVERCHASE DR APT 3302
VALENCIA, CA 91355-1413

CANTS-CAW_FLAT

**EXHIBIT B**

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Date of identifiable event 12/03/2014 | OMB No. 1545-1424 | **Cancellation** |
| --- | --- | --- | --- |
| OCWEN<br>P.O. Box 24646<br>West Palm Beach, FL 33416-4646<br><br>If you have any questions, call toll-free: 1-800-746-2936 | 2. Amount of debt discharged<br>$ 49,568.40 | **2014**<br>Substitute<br>Form **1099-C** | **of Debt** |
|  | 3. Interest if included in box 2<br>$ 0.00 | | |
|  | 4. Debt description<br>20221 Dalfsen Ave<br>Carson, CA 90746 | | **Copy B**<br>**For Debtor**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address (including apt. no.), city, state, and ZIP code<br><br>1/29/15 6:04 PM 3  0138901 20150130 KAOYX135 OCW99C 1 oz DOM KAOYX10000' 156133 9C<br><br>SHEILA A ALEXANDER<br>20221 DALFSEN AVE<br>CARSON CA  90746-2933 | 5. If checked, the debtor was personally liable for repayment of the debt . . . . . . . ☐ | | |
| CREDITOR'S federal identification number<br>01-0681100 | DEBTOR'S identification number<br>XXX-XX-0818 | | |
| Account number (see instructions)<br>0119538429-7100563837 | 6. Identifiable event code<br>D | 7. Fair market value of property<br>$ 466,000.00 | |

SubstituteForm **1099-C**     (keep for your records)     Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification number.** For your protection this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (TIN), or adoption taxpayer identification number (ATIN). However, the creditor has reported your complete identification number to the IRS, and where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged.
**Note.** If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; H—Expiration of nonpayment testing period; or I—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099c*.



**EXHIBIT C**

<u>NOTICE AND DEMAND TO CEASE AND DESIST ALL COLLECTION ACTIVITIES</u>
<u>PRIOR TO VALIDATION OF ALLEGED DEBT</u>

From: SHEILA ALEXANDER
Street Location: 20221 Dalfsen Ave
City & State: Carson, CA
Zip Code: 90746

Date: March 13, 2015

To:

OCWEN LOAN SERVICING, LLC
1661 Worthington Road #100
West Palm Beach Florida 33409

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR STRUCTURED
ASSET SECURITIES CORPORATION
MORTGAGE PASS-THROUGH
CERTIFICATES, Series 2006-W1;

Address: 30 CORPORATE PARK, Suite 450
City & State: IRVINE, CA
Zip Code: 90606

RE: Dispute of Alleged debt

Original Creditor Name:?
Address:?
City & State:?
Alleged Account Number: 7100563837
Alleged Balance: ?

<u>This is a settlement offer to fully discharge the allegation of debt on the condition that the claiming parties comply with this notice within 30 days of receipt of this correspondence.</u>

Pursuant to the truth in lending laws of the United States Code, Title 15 § 1601 et. seq. and the Fair Debt Collection Practices Act laws of the United States Code § 1692 et. seq. This notice constitutes a timely written response to your behavior in the attempt to collect a debt on behalf of another.

<u>15 U.S.C. § 1692 (e) states that a "false, deceptive, and misleading representation, in connection with the collection of any debt," includes the false representation of the character, amount, or legal status of any debt and further makes a threat to take any action that cannot legally be taken a deceptive practice.</u>

Pursuant to 15 U.S.C. § 1692 (g) (4) **Validation of Debts**, if you have evidence to validate your claim of debt; this is a demand to provide verification/validation and supporting evidence signed and certified under penalty of perjury to substantiate your claim within 30 days.

**Be advised that verification is defined (Black's Law Dictionary, 6th Edition) as follows:**
**<u>"Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition</u>**

NOTICE OF DISPUTE EXHIBIT C

## NOTICE AND DEMAND TO CEASE AND DESIST ALL COLLECTION ACTIVITIES
## PRIOR TO VALIDATION OF ALLEGED DEBT

This notice confirms my demand to cease and desist ALL collection activities prior to validation of purported debt. Until the requirements of the Fair Debt Collection Practices Act have been complied with and your claim is validated, this allegation of debt will remain disputed.

This serves constructive notice that you are prohibited from contacting me through the mail, by telephone, in person, at my home, or at my work. You are further prohibited from contacting any other third party. Each and every attempted contact, in violation of this act, will constitute harassment and defamation of character and will expose you for strict liability, including statutory damages, actual damages, as any reasonable fees of legal counsel, which I may retain.

Absent such validation of your claim, you are prohibited from filing any notice of levy or judgment and are also barred from reporting derogatory credit information to any credit reporting agency regarding this alleged debt.

### TAKE NOTICE

Debt Collector's failure in providing Respondent with the requisite verification, validating the above referenced alleged debt within the provisions of the Fair Debt Collection Practices Act, Fair Credit Reporting Act and the corresponding laws of each state, signifies that Debt Collector tacitly agrees that:

a. Debt Collector has no lawful claim, regarding the above-referenced alleged debt:
b. Debt Collector waives any and all claims against Respondent
c. Debt Collector tacitly agrees that Debt Collector will compensate Respondent for all costs, fees and expenses incurred in defending against this and any and all continued collection attempts, regarding the above-referenced alleged debt.
d. Failure of Debt Collector to properly and legally verify/validate alleged debt as required in this notice is a self executing irrevocable power of attorney authorizing alleged Debtor named herein to direct the permanent removal, on behalf of the alleged Creditor, of any and all references to said account in any and all credit reporting agency files of any type.

In the interest of judicial economy, this confirms my effort to resolve an on-going dispute between the parties prior to filing an action in the United States District Court.

Done this 13th Day of March 2015

I remain,


Sheila Alexander EL


NOTICE OF DISPUTE EXHIBIT C

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
Sheila Alexander EL

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
Owcen Loan Servicing LLC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES.

**(b) County of Residence of First Listed Plaintiff** LOS ANGELES
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** DELAWARE
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Sheila Alexander EL
20221 Dalfsen Avenue
Carson, California [90746]

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No  [X] **MONEY DEMANDED IN COMPLAINT:** $ minimum of 75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of federal Fair Debt Collection Practices Act; Intentional Infliction of Emotional Distress

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **TORTS PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: LACV15-1865

CV-71 (10/14)        CIVIL COVER SHEET        Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (10/14)           CIVIL COVER SHEET           Page 2 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** *Sheila Alexander El*   **DATE:** March 13, 2015

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |