Christopher L. Dueringer, SBN 173746
Nicole N. King, SBN 290204
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: cdueringer@bryancave.com
nicole.king@bryancave.com

Attorneys for Defendants
OCWEN LOAN SERVICING, LLC; and
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR STRUCTURED
ASSET SECURITIES CORPORATION
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-W-1

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHEILA ALEXANDER EL<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN Loan Servicing, LLC; U.S. BANK NATIONAL ASSOCIATION, as TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W-1; AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. LACV15-1865PSG (MANx)<br><br>[Hon. Philip S. Gutierrez]<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint; and [Proposed] Order]<br><br>Date: August 10, 2015<br>Time: 1:30 p.m.<br>Location: Courtroom 3<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br>Complaint Filed: March 13, 2015 |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that on August 10, 2015, at 1:30 p.m. before the |
| 3 | Honorable Philip S. Gutierrez, in Courtroom 3 of the United States District Court |
| 4 | for the Central District of California, Eastern Division, located at 255 E. Temple |
| 5 | Street, Los Angeles, California 90012, defendants Ocwen Loan Servicing, LLC |
| 6 | ("Ocwen"); and U.S. Bank National Association, as Trustee For Structured Asset |
| 7 | Securities Corporation Mortgage Pass-Through Certificates, Series 2006-W-1 ("U.S. |
| 8 | Bank") (collectively, "Defendants") will, and hereby do, request, in support of |
| 9 | Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, that this Court |
| 10 | take judicial notice of the documents attached to this Request for Judicial Notice |
| 11 | ("RJN") as Exhibits A through G (collectively, the "Exhibits"). |
| 12 | Exhibit A:   Deed of Trust, recorded as Official Records in the Office of the |
| 13 | County Recorder of Los Angeles County, California, as Document Number |
| 14 | 060251092 on February 2, 2006, at 8:00 a.m. |
| 15 | Exhibit B:   Assignment of Deed of Trust, recorded as Official Records in the |
| 16 | Office of the County Recorder of Los Angeles County, California, as Document |
| 17 | Number 20090569790 on April 20, 2009 at 8:00 a.m. |
| 18 | Exhibit C:   Assignment of Deed of Trust, recorded as Official Records in the |
| 19 | Office of the County Recorder of Los Angeles County, California, as Document |
| 20 | Number 20091758852 on November 20, 2009 at 8:00 a.m. |
| 21 | Exhibit D:   Substitution of Trustee, recorded as Official Records in the |
| 22 | Office of the County Recorder of Los Angeles County, California, as Document |
| 23 | Number 20140609604 on June 12, 2014 at 10:15 a.m. |
| 24 | Exhibit E:   Notice of Default and Election to Sell Under Deed of Trust, |
| 25 | recorded as Official Records in the Office of the County Recorder of Los Angeles |
| 26 | County, California, as Document Number 20140643870 on June 20, 2014 at 2:57 |
| 27 | p.m. |
| 28 | |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1  <u>Exhibit F:</u>  Notice of Trustee's Sale, recorded as Official Records in the
2  Office of the County Recorder of Los Angeles County, California, as Document
3  Number 20141143508 on October 29, 2014 at 11:00 a.m.
4  <u>Exhibit G:</u>  Trustee's Deed Upon Sale, recorded as Official Records in the
5  Office of the County Recorder of Los Angeles County, California, as Document
6  Number 20141404919 on December 24, 2014 at 12:18 p.m.

8  Dated: June 16, 2015                **BRYAN CAVE LLP**

                                        By: */s/ Nicole N. King*
                                        Nicole N. King
                                        Attorneys for Defendants
                                        OCWEN LOAN SERVICING, LLC; and
                                        U.S. BANK NATIONAL ASSOCIATION,
                                        AS TRUSTEE FOR STRUCTURED
                                        ASSET SECURITIES CORPORATION
                                        MORTGAGE PASS-THROUGH
                                        CERTIFICATES, SERIES 2006-W-1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. JUDICIAL NOTICE IS PROPER

The Court may disregard allegations in the First Amended Complaint ("FAC") that are contradicted by exhibits to the pleading, or by documents referred to in the pleading and considered pursuant to judicial notice. *Durning v. First Boston Corp.*, 815 F. 2d 1265, 1267 (9th Cir. 1987); *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005). In considering a motion to dismiss, a court may consider evidence on which the complaint 'necessarily relies' if: (1) the complaint refers to the document; (2) the document is central to the plaintiff's claim; and (3) no party questions the authenticity of the copy attached to the 12(b)(6) motion. *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006).

The Court's consideration of the Exhibits does not convert Defendants' Rule 12(b)(6) motion (here, the concurrently filed Motion to Dismiss) into a motion for summary judgment. *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) ("[D]ocuments . . . which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss. Such consideration does 'not convert the motion to dismiss into a motion for summary judgment'"). The issue for the Court to resolve remains the same, *i.e.*, whether Plaintiff has stated a claim upon which relief can be granted.

The Exhibits are referenced throughout the FAC and/or are central to Plaintiff's claims. Their authenticity is not subject to reasonable dispute. Exhibits A through G are publicly recorded documents subject to judicial notice as official records. *See Hotel Employees & Rest. Employees Local 2 v. Vista Inn Mgmt. Co.*, 393 F. Supp. 2d 972, 978 (N.D. Cal. 2005); *Bouyer v. GMAC Mortg.*, 2009 U.S. Dist. LEXIS 79097 n.3 (E.D. Cal. Sept. 2, 2009).

Additionally, under Federal Rule of Evidence 201, a court may take judicial notice of matters of public record. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001); *Schweitzer v. Scott*, 469 F. Supp. 1017, 1020 (C.D. Cal. 1979)

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1 (court may take judicial notice of court files and records); *Sherman v. Reisig*, 2010
2 WL 5169067, at *2, n. 2 (E.D. Cal. 2010). Here, all of the Exhibits are publicly
3 recorded documents, so judicial notice of the Exhibits is proper.

4     The conditions for considering the attached publicly recorded documents in
5 connection with Defendants' Motion to Dismiss are met here. The Court's
6 consideration of the documents is appropriate.

7     For the foregoing reasons, Defendants respectfully request that the Court take
8 judicial notice of the attached Exhibits A through G.

10 Dated: June 16, 2015     **BRYAN CAVE LLP**

11     By: */s/ Nicole N. King*
12         Nicole N. King
    Attorneys for Defendants
13     OCWEN LOAN SERVICING, LLC; and
    U.S. BANK NATIONAL ASSOCIATION,
14     AS TRUSTEE FOR STRUCTURED
    ASSET SECURITIES CORPORATION
15     MORTGAGE PASS-THROUGH
    CERTIFICATES, SERIES 2006-W-1